IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-100 |
| | ) | |
| WILLIAM FLEMING, Chief Judge, and | ) | |
| DANIEL J. CRAIG, District Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action shall

be **CLOSED**.

SO ORDERED this _16_ day of November, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE